# EXHIBIT A

STATE OF MAINE

| | |
|---|---|
| SUPERIOR COURT | DISTRICT COURT |
| _Somerset_____ , ss. | Location_____ |
| Docket No. _____ | Docket No. _____ |

_Gregory Paul Violette_____ Plaintiff

v.

_Citi Bank_____ Defendant          **SUMMONS**
_P.O. Box 6742_____ Address          **M.R.Civ.P. 4(d)**
_Sioux Falls, SD 57117_

The Plaintiff has begun a lawsuit against you in the (~~District~~) (Superior) Court, which holds sessions at (street address) _41 Court St_____ , in the Town/City of _Skowhegan_____ , County of _Somerset____ , Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of (~~District~~) (Superior) Court, _41 Court St_____ , _Skowhegan_____ , Maine _04916_____ .
           (Mailing Address)                    (Town, City)                    (Zip)
before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

**IMPORTANT WARNING**: **If you fail to serve an answer** within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, **a judgment by default may be entered against you** in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

       If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date: _November 20, 2020_

_Gregory Paul Violette_____ (~~Attorney for~~) Plaintiff          (Seal of Court)
_21 Summer St._____ Address
_Madison, ME 04950-7922___
_207-399-7567_____ Telephone
_drgpgviolette@gmail.com_ Email Address          _____ Clerk

CV-030, Rev. 07/18

CONTAINS NONPUBLIC DIGITAL INFORMATION

# MAINE JUDICIAL BRANCH

| | | |
|---|---|---|
| Gregory Paul Violette | Plaintiff | *"X" the court for filing:* |
| | | ☒ Superior Court ☐ District Court |
| V. | | County:  Somerset |
| Citi Bank | Defendant | Location (Town):  Skowhegan |
| | | Docket No.: |

## NOTICE REGARDING ELECTRONIC SERVICE

**NOTICE TO PARTIES**: All parties who are represented by an attorney are subject to the requirements of Electronic Service under Rule 5 of the Maine Rules of Civil Procedure.

**OPT IN**: *If you do not have an attorney*, papers that must be served on you <u>by other parties</u> in this case will be sent to you through the regular mail to your address of record. But **you have a choice** to request that all papers required to be served on you by other parties in this case be sent instead electronically to your designated email address; and you may also agree to serve by email all papers you are required to serve on other parties in this case.

---

**PLEASE NOTE: Any electronic service that you opt into applies only to papers served on you by other parties, and/or to papers you are required to serve on other parties.** *It does not apply to notices, orders, or other papers generated by the court, or to any papers you must file with the court.* You must file all court papers in paper form by mail or in person, and all Court papers will continue to be sent to you by regular mail.

---

<u>If you choose not to opt in, you do not need to do anything</u>. If you would like to receive and/or serve papers on other parties electronically, you must meet the requirements set forth below. Check the appropriate box(es) and mail (or scan and email) the signed form to all other parties in the case. <u>Do not file this form with the Court</u>.

☐ **Electronic Receipt**: I choose to OPT IN to receive by email documents from other parties in this case. I have reviewed and meet all of the following electronic receipt requirements:

- ☐ I have a trusted email account and I have daily access to this account;
- ☐ I understand that **I will receive time-sensitive documents** through this email address including documents that may require me to take action in this case;
- ☐ This email account has available electronic storage of at least 1 gigabyte;
- ☐ This email account accepts emails with attachments of up to 10 megabytes; and
- ☐ I will be able to maintain this email account throughout this case.

☐ **Electronic Delivery**: I choose to OPT IN to deliver documents to other parties by email in this case. I have reviewed and meet all of the following electronic delivery requirements:

- ☐ I meet all of the requirements for electronic receipt listed above;
- ☐ I have the ability to scan and create .pdf files of documents I am required to serve on other parties.

Date (*mm/dd/yyyy*): _____     ► _____
                                              Self-Represented Party (Signature)

                                              _____
                                              (Print Name)

                                              _____
                                              (Print email address)

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

---

# STATE OF MAINE

SUPERIOR COURT                                                CIVIL ACTION
SOMERSET, SS.                                                 DOCKET NO.


Gregory Paul Violette,

      Plaintiff,

Vs.                                         PLAINTIFF'S CIVIL COMPLAINT
                                            CONTRACT

Citi Bank
Defendant.


## PLAINTIFF'S CIVIL COMPLAINT


NOW COMES the Plaintiff, Gregory Paul Violette and states as follows:

- On or about September 18, 2020, I talk with Citi Bank and was told if I agreed to pay a settlement amount and did so Citi Bank would REMOVED the account from my credit reports.
- On or about October 28, 2020, Citi Bank told me they NO LONGER had my LL BEAN MasterCard account and they would be TOTAL REMOVING the account from the credit bureaus over the next 7 to 10 days.

1

- On or about November 19, 2020, I was told by Citi Bank that they would NOT notify the credit bureaus and remove the account fully from the three bureaus, this was a total reversal from what I was told in October upon making our agreement.
- Citi Bank no longer has my account and they should NOT be reporting on an account they do NOT have.

### CONCLUSION

Plaintiff prays that the court will award Plaintiff punitive damages and exemplary damages in the amount of $550,000.00 because of Defendant's unfairly dealing with my contract and they're NOT reporting to the three credit bureaus to remove my account. I ask that my account be FULLY REMOVE from the three credit bureaus or the court awards me the $550,000 damages. I also ask the court to award attorney fees and court cost and any other relief that the court deems just.

Dated at Madison, Maine this 20th day of November 2020.

Gregory Paul Violette, Plaintiff
21 Summer St.
Madison, Maine 04950
Phone Number: 207-399-7567

2



U.S. POSTAGE PAID
FCM LETTER
MADISON, ME
04950
NOV 20 '20
AMOUNT
**$6.95**
R2305K133397-11

57117

1000

CERTIFIED MAIL®

7019 1640 0000 2980 1967

Gregory Violette
21 Summer St.
Madison, ME 04950-1422

RETURN RECEIPT REQUESTED

Citi Bank
P. O. Box 6742
Sioux Falls, SD 57117

57147365742 B004