# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE
# BANGOR DIVISION

| | | |
|---|---|---|
| GREGORY PAUL VIOLETTE | : | CIVIL ACTION NO.: 1:20-cv-00477-GZS |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| CITI BANK | : | |
| Defendant | : | JANUARY 15, 2021 |

## DECLARATION REGARDING STATE COURT RECORD

I, Donald E. Frechette, being duly sworn, state the following on the basis of my personal knowledge:

1. I am over 18 years of age. I have personal knowledge of the facts set forth in this affidavit, and am competent to testify about such facts.

2. I am a licensed attorney in the state of Maine and before this court.

3. Plaintiff commenced this action by service of the Summons, Complaint, and Notice of Electronic Service on defendant CitiBank, N.A. ("CBNA"), improperly named "Citi Bank," on November 27, 2020.

4. Under Rule 3 of the *Maine Rules of Civil Procedure*, plaintiff was required to file the Summons and Complaint in the state court within 20 days after service, which was on or before December 17, 2020.

5. On December 23, 2020, although plaintiff did not file the Summons and Complaint in state court, CBNA, through counsel, filed a Notice of Removal in this Court, filed, in Somerset County Superior Court: (a) a Notice to State Court of Removal; and (b) Notice to Adverse Parties of Filing Notice of Removal to Federal Court.

6. Plaintiff filed the Summons and Complaint in Somerset County Superior Court on January 4, 2021.

91079140v.2

7. The attached documents constitute a true and complete record of every document docketed in this proceeding in the state court other than the documents attached to the Notice of Removal:

    A. The Somerset County Superior Court's docket sheet of all actions taken by the state court prior to removal;

    B. The Summons, Complaint and Notice of Electronic Service filed by plaintiff;

    C. My Notice of Appearance;

    D. The Notice to State Court of Removal; and

    E. The Notice to Adverse Parties of Filing Notice of Removal to Federal Court.

8. According to the state court docket sheet, no other documents were filed in the Somerset County Superior Court prior to or after removal, and the Somerset County Superior Court did not take any further actions in the matter prior to or after such removal.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of January, 2021, by:**

    */s/ Donald E. Frechette*
    Donald E. Frechette (002780)
    Locke Lord LLP
    20 Church Street, 20th Floor
    Hartford, CT  06103
    Telephone:  860.541.7713
    donald.frechette@lockelord.com

    ATTORNEY FOR CITIBANK, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2021, a copy of the foregoing was served, via U.S. mail, postage prepaid, on the following:

Gregory Paul Violette
21 Summer Street
Madison, Maine 04950

By: <u>*Donald E. Frechette*</u><br>Donald E. Frechette, Esq.

91079140v.2