# EXHIBIT A

```
GREGORY PAUL VIOLETTE  - PLAINTIFF                       SUPERIOR COURT
21 SUMMER ST                                             SOMERSET, ss.
MADISON ME 04950                                         Docket No  SKOSC-CV-2021-00001

vs
CITI BANK - DEFENDANT                                    DOCKET RECORD
P.O BOX 6742
SIOUX FALLS SD 57117


Filing Document: COMPLAINT                  Minor Case Type: CONTRACT
Filing Date: 01/04/2021
```

## Docket Events:

01/05/2021 FILING DOCUMENT - COMPLAINT FILED ON 01/04/2021

01/05/2021 Party(s):  CITI BANK
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 01/04/2021

01/05/2021 Party(s):  CITI BANK
           SUMMONS/SERVICE - CERTIFIED MAIL RETURN RECEIPT FILED ON 01/04/2021

01/05/2021 Party(s):  CITI BANK
           SUMMONS/SERVICE - CERTIFIED MAIL RETURN RECEIPT SERVED ON 11/27/2020

01/05/2021 Party(s):  CITI BANK
           OTHER FILING - ENTRY OF APPEARANCE FILED ON 12/31/2020
           BY DONALD E. FRECHETTE, ESQ. FROM LORD & LORD, HARTFORD CT

01/05/2021 Party(s):  CITI BANK
           OTHER FILING - OTHER DOCUMENT FILED ON 12/31/2020
           NOTICE TO ADVERSE PARTIES OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

01/05/2021 Party(s):  CITI BANK
           SUPPLEMENTAL FILING - NOTICE OF REMOVAL FILED ON 12/31/2020
           WITH EXHIBITS A-D

01/05/2021 FINDING - REMOVAL TO FEDERAL COURT ENTERED ON 01/05/2021
           VICKI  LIBBY , ASSISTANT CLERK-E

## Receipts

| Date | Type | Amount | Status |
|---|---|---|---|
| 01/05/2021 | Misc Fee Payments | $150.00 | paid. |
| 01/05/2021 | Misc Fee Payments | $25.00 | paid. |

A TRUE COPY
ATTEST:  _____
                    Clerk