# EXHIBIT C

AM 7692772.1

STATE OF MAINE

| | | |
|---|---|---|
| GREGORY PAUL VIOLETTE ) | SUPERIOR COURT | |
| Plaintiff ) | SOMERSET, ss | |
| ) | | |
| v. ) | | |
| ) | | |
| CITI BANK ) | DOCKET NO. _____ | |
| Defendant ) | | |
| ) | | |

## APPEARANCE

Please enter my appearance on behalf of the Defendant Citibank, N.A. (incorrectly pled as "Citi Bank").

Respectfully Submitted,

DEFENDANT,
CITIBANK, N.A.

By: */s/ Donald E. Frechette*
    Donald E. Frechette (ME2936)
    Locke Lord LLP
    20 Church Street
    Hartford, CT 06103
    Tel. No. (860) 525-5065
    Fax No. (860) 527-4198
    Email: donald.frechette@lockelord.com
    Its Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2020, a copy of the foregoing was served, via U.S. mail, postage prepaid, on the following:

Gregory Paul Violette
21 Summer Street
Madison, Maine 04950

By: */s/ Donald E. Frechette*
    Donald E. Frechette, Esq.

90969409v.1