# EXHIBIT E

AM 7692772.1

STATE OF MAINE

| | | |
|---|---|---|
| GREGORY PAUL VIOLETTE ) | SUPERIOR COURT | |
| Plaintiff ) | SOMERSET, ss | |
| ) | | |
| v. ) | | |
| ) | | |
| CITI BANK ) | DOCKET NO. _____ | |
| Defendant ) | | |
| ) | | |

**NOTICE TO ADVERSE PARTIES OF FILING**
**NOTICE OF REMOVAL TO FEDERAL COURT**

To:   Gregory Paul Violette
21 Summer Street
Madison, Maine 04950

Pursuant to 28 *U.S.C.* § 1446 (d), please take notice that Defendant Citibank, N.A. (incorrectly pled as "Citi Bank") ("**Defendant**") filed a notice of removal to federal court of the above-captioned action from the Superior Court of the State of Maine, Somerset County, to the United States District Court for the District of Maine.

Respectfully Submitted,

DEFENDANT,
CITIBANK, N.A.

By: */s/ Donald E. Frechette*
Donald E. Frechette (ME2936)
Locke Lord LLP
20 Church Street
Hartford, CT 06103
Tel. No. (860) 525-5065
Fax No. (860) 527-4198
Email: donald.frechette@lockelord.com
Its Attorney

90969327v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December, 2020, a copy of the foregoing was served, via U.S. mail, postage prepaid, on the following:

Gregory Paul Violette
21 Summer Street
Madison, Maine 04950

By: */s/ Donald E. Frechette*
Donald E. Frechette, Esq.

90969327v.1