UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Gregory Paul Violette,

    Plaintiff,

Vs.                               Civil Action No. 1:20-cv-0047-GZS

Citibank,
Defendant.

## Plaintiff Motion to NOT Dismiss

The reason I did NOT file this matter until January 4, 2021, was that I did NOT receive the return receipt until January 2, 2021. Once I received the return receipt, I filed this matter with the Somerset Superior Court.

I did in fact state sufficient facts to which the claim can be made.

I ask the court to NOT dismiss this case and this case heard by a judge and jury.

Wherefore the Plaintiff moves to NOT dismiss this case.


Gregory Paul Violette
21 Summer St
Madison, ME 04950-1422
207-399-7567

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January 2021, a copy of the foregoing was mailed via U.S. Postal Service, postage prepaid, on the following:

Donald E. Frechette
20 Church St
Hartford, CT 06103

Gregory Paul Violette
21 Summer St
Madison, ME 04950-1422
207-399-7567