

Violette & Violette LLC
Greg Violette Phone:207-399-7567
21 Summer St., Madison, ME 04950
drgpgviolette@gmail.com

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2021 FEB -3  P 2: 07

DEPUTY CLERK

USMS

U.S. District Court
202 Harlow Street
Bangor, ME 04401

O44O1$4S6i