OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

May 4, 2021

Susan Furbush, Clerk of Court
Somerset County Superior Court
47 Court Street
Skowhegan, ME 04976

RE: Violette v. Citi Bank
Civil Docket Number.:1:20-cv-477-GZS
State Court Docket Number.: SKOSC-CV-2021-00001

Dear Ms. Furbush:

    On May 4, 2021, U.S. District Judge George Z. Singal issued an order remanding the above matter to Somerset County Superior Court. Enclosed please find a certified copy of the Order of Remand and a copy of the docket sheet. Please acknowledge receipt of this matter by signing and dating the enclosed copy of this letter.

Sincerely,

Christa K. Berry, Clerk

By:  /s/ Lindsey Tully
     Lindsey Tully
     Case Manager

Enc.

cc: Pro Se Plaintiff